No. 81–6584.  SLAYTON *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 81–6585.  TAYLOR *v.* WYRICK, WARDEN, MISSOURI STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.

No. 81–6587.  MARK *v.* SEATTLE TIMES ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 81–6595.  MATTHEWS *v.* EXXON CORP.  C. A. 5th Cir.  Certiorari denied.

No. 81–6616.  CALZARANO *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–6624.  BROOKS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–6641.  SMALLWOOD *v.* PONTE.  C. A. 1st Cir. Certiorari denied.

No. 81–6652.  NEUSTEIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–6662.  MITCHELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–6680.  TUCKER *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6682.  JOHN *v.* CARLSON, DIRECTOR, UNITED STATES BUREAU OF PRISONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–6686.  PETTEE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–6695.  KING *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.